Marc Van Der Hout (California Bar # 80778)
Zachary Nightingale (California Bar #184501)
Stacy Tolchin (California Bar #217431)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile: (415) 436-7169

Attorneys for Respondents

**FILED**

AUG 0 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hyung Joon KIM, <br><br> Petitioner, <br><br> v. <br><br> Tom RIDGE, et. al. <br><br> Respondents. | Case No. C 04-0341 SI <br><br> **STIPULATION TO TRANSFER PETITION FOR WRIT OF HABEAS CORPUS TO NINTH CIRCUIT COURT OF APPEALS; AND [PROPOSED] ORDER TRANSFERRING CASE** |

Petitioner filed a petition for writ of habeas corpus on January 26, 2004 challenging the Board of Immigration Appeals ("BIA") decision in his immigration case. The Court ordered discovery and discovery has now been fully completed. The parties are scheduled to appear before the court for a status conference today, August 3, 2005.

The parties will appear at the status conference to answer any questions the Court may have and to explain their reasoning but agree that transfer to the U.S. Court of Appeals for the Ninth Circuit is now appropriate in this matter. Pursuant to section 106(c) "Real ID Act of 2005," Pub. L. No.109-13, 119 Stat. 231 (May 11, 2005), petitions for writs of habeas corpus challenging decisions of removal that were pending at the time of the enactment of the REAL ID Act shall be transferred to the Court of Appeals for the circuit in which a petition for review could have been properly filed under 8 U.S.C. § 1252(a), as amended by the REAL ID Act. See REAL ID § 106(c). The Court of Appeals shall treat the transferred case as a petition for review, except that the time requirements for filing a petition for review shall not apply. Id.

At least some of the issues currently before this Court in this petition can be addressed by the Court of Appeals under the REAL ID amendments. The parties therefore agree that transfer is appropriate pursuant to REAL ID § 106(c) for the Court of Appeals to address any issues it can. The parties stipulate that, subject to Court approval, the stay of removal ordered by the Court, and the agreement that Petitioner shall remain outside of Respondent's custody, shall remain in effect while the case is pending before the Court of Appeals.

Dated: August 3, 2005

Respectfully submitted,

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Respondents

Date: August 3, 2005

_____/s/_____
MARC VAN DER HOUT
Van Der Hout, Brigagliano & Nightingale, LLP
Attorney for Petitioner

STIP AND [PROP] ORDER TRANSFERRING CASE                         Case No. C 04-0341 SI

I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Edward Olsen.

Dated: August 3, 2005

/s/
MARC VAN DER HOUT

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/3/05

Hon. Susan Illston
United States District Judge